ORIGINAL

## PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Name ___Boddie_____Roderick_____
      (Last)        (First)       (Initial)

Prisoner Number ___K-58959_____

Institutional Address ___P.O. Box 689 Soledad, CA. 93960-0689___

FILED

APR 14 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

RODERICK BODDIE
_____
(Enter the full name of plaintiff in this action.)

         vs.

BEN CURRY, (Warden (A)
_____
_____
_____
_____
(Enter the full name of respondent(s) or jailor in this action)

CV 08 No. __1957__
(To be provided by the clerk of court)

**PETITION FOR A WRIT
OF HABEAS CORPUS**

SBA

E-filing

(PR)

### Read Comments Carefully Before Filling In

#### When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were **not** convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS     - 1 -

1    <u>Who to Name as Respondent</u>

2         You must name the person in whose actual custody you are.  This usually means the Warden or

3    jailor.  Do not name the State of California, a city, a county or the superior court of the county in which

4    you are imprisoned or by whom you were convicted and sentenced.  These are not proper

5    respondents.

6         If you are not presently in custody pursuant to the state judgment against which you seek relief

7    but may be subject to such custody in the future (e.g., detainers), you must name the person in whose

8    custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack

9    was entered.

10   A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

11        1.  What sentence are you challenging in this petition?

12            (a)    Name and location of court that imposed sentence (for example; Alameda

13                   County Superior Court, Oakland):

14            Santa Clara County Superior  San Jose, CA.

15            Court                                Location

16            (b)    Case number, if known 191019

17            (c)    Date and terms of sentence 7-11-97; 30 years to life

18            (d)    Are you now in custody serving this term?  (Custody means being in jail, on

19                   parole or probation, etc.)           Yes _X_     No _____

20                   Where?

21                   Name of Institution: Correctional Training Facility

22                   Address: P.O. Box 689 Soledad, CA. 93960-0689

23        2.  For what crime were you given this sentence?  (If your petition challenges a sentence for

24   more than one crime, list each crime separately using Penal Code numbers if known.  If you are

25   challenging more than one sentence, you should file a different petition for each sentence.)
     Robbery §§211/212.5(B)

26

27

28

PET. FOR WRIT OF HAB. CORPUS        - 2 -

3. Did you have any of the following?

    Arraignment:                    Yes __x__    No _____

    Preliminary Hearing:            Yes __x__    No _____

    Motion to Suppress:            Yes _____    No _____

4. How did you plead?

    Guilty _____    Not Guilty __x__    Nolo Contendere _____

    Any other plea (specify) _____

5. If you went to trial, what kind of trial did you have?

    Jury __x__    Judge alone_____    Judge alone on a transcript _____

6. Did you testify at your trial?          Yes _____    No __x__

7. Did you have an attorney at the following proceedings:

    (a)    Arraignment                 Yes __x__    No _____

    (b)    Preliminary hearing       Yes __x__    No _____

    (c)    Time of plea               Yes __x__    No _____

    (d)    Trial                      Yes __x__    No _____

    (e)    Sentencing                Yes __x__    No _____

    (f)    Appeal                   Yes __x__    No _____

    (g)    Other post-conviction proceeding    Yes _____    No __x__

8. Did you appeal your conviction?        Yes __x__    No _____

    (a)    If you did, to what court(s) did you appeal?

        Court of Appeal            Yes __x__    No _____

        Year: Unk         Result: Conviction Affirmed

        Supreme Court of California    Yes __x__    No _____

        Year: Unk         Result: Review denied

        Any other court           Yes _____    No _____

        Year: _____        Result:_____

    (b)    If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS    - 3 -

1    petition?                                                    Yes _____    No  x  _____

2         (c)    Was there an opinion?                            Yes _____    No _____

3         (d)    Did you seek permission to file a late appeal under Rule 31(a)?

4                                                                 Yes _____    No _____

5                If you did, give the name of the court and the result:

6                                    N/A
                 _____

7                _____

8    9.  Other than appeals, have you previously filed any petitions, applications or motions with respect to

9    this conviction in any court, state or federal?             Yes _____    No  x  _____

10        [Note:  If you previously filed a petition for a writ of habeas corpus in federal court that

11   challenged the same conviction you are challenging now and if that petition was denied or dismissed

12   with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit

13   for an order authorizing the district court to consider this petition.  You may not file a second or

14   subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit.  28

15   U.S.C. §§ 2244(b).]

16        (a)    If you sought relief in any proceeding other than an appeal, answer the following

17               questions for each proceeding.  Attach extra paper if you need more space.

18        I.     Name of Court: Santa Clara County Superior Court

19               Type of Proceeding:  Habeas Corpus

20               Grounds raised (Be brief but specific):
                      Breach of Contract
21               a._____
                      Trial Court failure to construe plea bargain
22               b._____
                      in accordance with state contract law
23               c._____

24               d._____

25               Result: Denied                Date of Result: 10-17-06

26        II.    Name of Court: Court of Appeal Sixth Appellate District

27               Type of Proceeding:  Habeas Corpus

28               Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS          - 4 -

a. _____(Same As Above)_____

b. _____

c. _____

d. _____

Result: __Denied_____ Date of Result: 11-20-06

III.  Name of Court: __California Supreme Court_____

Type of Proceeding: __Habeas Corpus_____

Grounds raised (Be brief but specific):

a. _____(Same as Above)_____

b. _____

c. _____

d. _____

Result: __Denied_____ Date of Result: 5-23-07

IV.  Name of Court: _____

Type of Proceeding: _____

Grounds raised (Be brief but specific):

a. _____

b. _____

c. _____

d. _____

Result: _____ Date of Result: _____

(b)  Is any petition, appeal or other post-conviction proceeding now pending in any court?

Yes __x__    No_____

Name and location of court: __U.S. District Court/Northern Dist.__

B. GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully.  Give facts to support each claim.  For example, what legal right or privilege were you denied?  What happened?  Who made the error?  Avoid legal arguments with numerous case citations.  Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS          - 5 -

1    need more space. Answer the same questions for each claim.

2        [Note: You must present ALL your claims in your first federal habeas petition. Subsequent

3    petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4    499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

5    Claim One: This petition meets the criteria under section
         2254 and is neither second nor successive.
6

7    Supporting Facts: Although attacking the same judgment as the
         earlier petition, the earlier paetition did not produce
8        a judgment on the merits of the claims presented. Furth-
         ermore, the claims in this petition could not have been
9        brought up in conjunction with the earlier petition, as

10       events giving rise to the claims did not occur until after
         the conclusion of the earlier petition.
11   Claim Two: The trial court breached the contract made with the
         Petitioner violating the 14th Amend. Due Process Clause.
12

13   Supporting Facts:     In 1990, Petitioner entered into a plea agre-
         ement with the State of California pleading guilty to a
14       three count single information that was subsequently used

15       by the State as multiple convictions for the purpose of the

16       Three Strikes Law in 1997, thereby breaching the contract.

17   Claim Three:

18

19   Supporting Facts:

20

21

22

23   If any of these grounds was not previously presented to any other court, state briefly which

24   grounds were not presented and why:

25   *Each ground was presented in the superior court, court of

26   appeal, and California Supreme Court (Orders Appended at

27   Appendix A).

28

PET. FOR WRIT OF HAB. CORPUS        - 6 -

1    List, by name and citation only, any cases that you think are close factually to yours so that they

2    are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning

3    of these cases:

4    Santobello v. New York, 404 U.S. 257, 261-62 (1971); Davis v.

5    Woodford (2006) 446 F.3d (9th Cir.)

6    _____

7    Do you have an attorney for this petition?              Yes_____    No__x__

8    If you do, give the name and address of your attorney:

9    _____

10    WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in

11    this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

12

13    Executed on *March 27, 2008*              *Frederick Bidolie*

14              Date                              Signature of Petitioner

15

16

17

18

19

20    (Rev. 6/02)

21

22

23

24

25

26

27

28

PET. FOR WRIT OF HAB. CORPUS              - 7 -

Case Number: _____

# CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account

statement showing transactions of _____ for the last six months

at

[prisoner name]

_____ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the

most recent 6-month period were $ _____ and the average balance in the prisoner's

account each month for the most recent 6-month period was $_____.

Dated:_____        _____

[Authorized officer of the institution]

- 5 -

1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

9

10   RODERICK BODDIE                )
                                    )
11                     Plaintiff,   )     CASE NO. _____
                                    )
12       vs.                        )     **PRISONER'S**
                                    )     **APPLICATION TO PROCEED**
13   BEN CURRY, Warden (A)          )     **IN FORMA PAUPERIS**
                                    )
14                     Defendant.   )
     _____)

15

16        I, _Roderick Boddie_____, declare, under penalty of perjury that I am the

17   plaintiff in the above entitled case and that the information I offer throughout this application

18   is true and correct.  I offer this application in support of my request to proceed without being

19   required to prepay the full amount of fees, costs or give security.  I state that because of my

20   poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21   entitled to relief.

22        In support of this application, I provide the following information:

23   1.     Are you presently employed?  Yes ____ No _x__

24   If your answer is "yes," state both your gross and net salary or wages per month, and give the

25   name and address of your employer:

26   Gross: _____    Net: _____

27   Employer: _____

28   _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____    - 1 -

1    If the answer is "no," state the date of last employment **and the amount of the gross and net**

2    salary and wages per month which you received.  (If you are imprisoned, specify the last

3    place of employment prior to imprisonment.)

UNK

4 _____

5 _____

6 _____

7    2.      Have you received, within the past twelve (12) months, any money from any of the

8    following sources:

9       a.      Business, Profession or            Yes ____ No _X_

10                 self employment

11       b.      Income from stocks, bonds,         Yes ____ No _X_

12                 or royalties?

13       c.      Rent payments?                   Yes ____ No _X_

14       d.      Pensions, annuities, or            Yes ____ No _X_

15                 life insurance payments?

16       e.      Federal or State welfare payments,    Yes ____ No _X_

17                 Social Security or other govern-

18                 ment source?

19    If the answer is "yes" to any of the above, describe each source of money and state the amount

20    received from each.

21 _____

22 _____

23    3.     Are you married?                    Yes ____ No _X_

24    Spouse's Full Name: _____

25    Spouse's Place of Employment: _____

26    Spouse's Monthly Salary, Wages or Income:

27    Gross $_____ Net $_____

28    4.    a.      List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____    - 2 -

b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.).

None

_____

_____

5.    Do you own or are you buying a home?         Yes ____ No _x_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.    Do you own an automobile?                      Yes ____ No _x_

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7.    Do you have a bank account?  Yes ____ No _x_ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s):  $ _____

Do you own any cash?  Yes ____ No _x_  Amount: $ _____

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated market value.)   Yes ____ No ____

_____

8.    What are your monthly expenses?

Rent: $ _____0_____ Utilities: _____0_____

Food: $ _____0_____ Clothing: _____0_____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ | $ |
| | $ | $ |
| | $ | $ _____9.    Do |

1  you have any other debts?  (List current obligations, indicating amounts **and to whom they are**

2  payable  Do **not** include account numbers.)

3  _____None_____

4  _____

5  10.    Does the complaint which you are seeking to file raise claims that **have been presented**

6  in other lawsuits?   Yes _____  No  X

7  Please list the case name(s) and number(s) of the prior lawsuit(s), **and the name of the court in**

8  which they were filed.

9  _____

10 _____

11      I consent to prison officials withdrawing from my trust account and paying to the court

12 the initial partial filing fee and all installment payments required by the court.

13      I declare under the penalty of perjury that the foregoing is true and correct and

14 understand that a false statement herein may result in the dismissal of my claims.

15

16 *March 27, 2008*                    *Roderick Boddie*
                                        _____

17      DATE                            SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

APPENDIX A

APPENDIX A

S148501

# IN THE SUPREME COURT OF CALIFORNIA

### En Banc

---

In re RODERICK BODDIE on Habeas Corpus

---

The petition for writ of habeas corpus is denied.

SUPREME COURT
**FILED**

MAY 2 8 2007

Frederick K. Ohlrich Clerk

DEPUTY

**GEORGE**

Chief Justice

## PROOF OF SERVICE BY MAIL
### BY PERSON IN STATE CUSTODY
(C.C.P. §§ 1013(A), 2015,5)

I, _____ Roderick Boddie _____ , declare:

I am over 18 years of age and I am party to this action.  I am a

resident of CORRECTIONAL TRAINING FACILITY prison, in the County

of Monterrey, State of California.  My prison address is:

           Roderick Boddie , CDCR # K-58959

           CORRECTIONAL TRAINING FACILITY
           P.O. BOX 689, CELL #: DW-124L
           SOLEDAD, CA  93960-0689.

On *March 31, 2008* , I served the attached:

Petition For Writ of Habeas Corpus
_____

_____

on the parties herein by placing true and correct copies

thereof, enclosed in a sealed envelope (verified by prison

staff), with postage thereon fully paid, in the United States

Mail in a deposit box so provided at the above-named institution

in which I am presently confined.  The envelope was addressed as

follows:

United States District Court
Northern District of California
U.S. Courthouse
450 Golden Gate Ave.
San Francisco, CA. 94102-3483

    I declare under penalty of perjury under the laws of the

State of California that the foregoing is true and correct.

Executed on *March 31, 2008* .

           *Roderick Boddie*
           Roderick Boddie
           Declarant In Pro Per

Roderick Boddie K-58959
Central Facility D-Wing 124-L
P.O. Box 689
Soledad, CA 93960

United States District Court
Northern District of California
U.S. Courthouse
450 Golden Gate Ave.
San Francisco, CA 94102-3483