**FILED**
APR 1 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RODERICK BODDIE,

    Plaintiff,

vs.

BEN CURRY, Warden (A)

    Defendant.

CASE NO. CV 08 1957 SBA (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

E-filing

I, Roderick Boddie, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _x_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

Case 4:08-cv-01957-SBA     Document 2     Filed 04/14/2008     Page 2 of 4

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____UNK_____
5  _____
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9     a.   Business, Profession or                    Yes ___ No _X_
10         self employment
11    b.   Income from stocks, bonds,                 Yes ___ No _X_
12         or royalties?
13    c.   Rent payments?                             Yes ___ No _X_
14    d.   Pensions, annuities, or                    Yes ___ No _X_
15         life insurance payments?
16    e.   Federal or State welfare payments,         Yes ___ No _X_
17         Social Security or other govern-
18         ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____

23  3.   Are you married?                             Yes ___ No _X_
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support: $ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____     - 2 -

1  b. List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  _____None_____
6  _____
7  5. Do you own or are you buying a home?    Yes ____ No _x_
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6. Do you own an automobile?    Yes ____ No _x_
10 Make _____ Year _____ Model _____
11 Is it financed? Yes _____ No _____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7. Do you have a bank account? Yes ____ No _x_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ____ No _x_ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ____ No ____
20 _____
21 8. What are your monthly expenses?
22 Rent: $ _____0_____ Utilities: _____0_____
23 Food: $ _____0_____ Clothing: _____0_____
24 Charge Accounts:
25 <u>Name of Account</u>       <u>Monthly Payment</u>       <u>Total Owed on This Acct.</u>
26 N/A _____ $ _____ $ _____
27 _____ $ _____ $ _____
28 _____ $ _____ $ _____9. Do

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable Do <u>not</u> include account numbers.)
3                                             None
4
5  10.    Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits? Yes ____ No _X_
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9
10
11         I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13         I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.
15
16  *March 27, 2008*                    *Roderick Berklie*
17      DATE                              SIGNATURE OF APPLICANT