IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RODERICK BODDIE,

    Petitioner,

  v.

BEN CURRY, Warden,

    Respondent.
                                  /

No. C 08-01957 SBA (PR)

**ORDER GRANTING REQUEST FOR EXTENSION OF TIME FOR RESPONDENT TO FILE ANSWER**

    Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition. Respondent now moves for an extension of time to file an answer. Good cause appearing, the request is GRANTED. Respondent's answer is due on **March 11, 2009**. Petitioner's traverse is due **sixty (60) days** after his receipt of the answer.

    This Order terminates Docket no. 7.

    IT IS SO ORDERED.

DATED: 2/11/09

                                                 SAUNDRA BROWN ARMSTRONG
                                                 UNITED STATES DISTRICT JUDGE

P:\PRO-SE\SBA\HC.08\Broddie1957.2ndEOT-Answer.wpd

<div style="float:left">**United States District Court**<br>For the Northern District of California</div>

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | FOR THE<br>NORTHERN DISTRICT OF CALIFORNIA |

RODERICK BODDIE,

        Plaintiff,

  v.

BEN CURRY et al,

        Defendant.
                                /

Case Number: CV08-01957 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 12, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Roderick Boddie K-58959
California State Prison - Soledad
P.O. Box 689
Soledad, CA 93960-0689

Dated: February 12, 2009

                                   Richard W. Wieking, Clerk
                                   By: LISA R CLARK, Deputy Clerk